**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

HARDEEP SINGH                          CIVIL ACTION NO. 1:26-CV-1769
                                       SECTION P

VS.                                    JUDGE DAVID C. JOSEPH

E GARCIA ET AL                         MAGISTRATE JUDGE KAYLA D.
                                       MCCLUSKY

## JUDGMENT

The REPORT AND RECOMMENDATION [Doc. 10] of the Magistrate Judge having

been considered, no objections thereto having been filed,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Hardeep

Singh's petition be **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

THUS, DONE AND SIGNED in chambers on this 7th day of August 2026.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE